# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00683-CR

**James Douglas Jones, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT NO. 2003-197, HONORABLE JACK ROBISON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

In April 2004, appellant James Douglas Jones was placed on deferred adjudication community supervision after he pleaded guilty to the aggravated assault of a public servant. *See* Tex. Penal Code Ann. § 22.02 (West Supp. 2009). Following a hearing on September 29, 2008, the trial court granted the State's motion to adjudicate, adjudged appellant guilty, and sentenced him to twenty-five years in prison.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972);

*Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).  Appellant received a copy of counsel's brief and has filed a pro se brief in response.

We have reviewed the record, counsel's brief, and the pro se brief.  We agree with counsel that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.  *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005) (holding that it is constitutional error for appellate court to address nonmeritorious arguments raised in pro se response to *Anders* brief).  Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Affirmed

Filed:   November 20, 2009

Do Not Publish